JOSEPH H. HARRINGTON
United States Attorney
Eastern District of Washington
Matthew F. Duggan
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 0 5 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>      vs.<br><br>JORGE VIRGEN-PONCE,<br><br>                Defendant. | **2:18-CR-92-WFN**<br><br>INDICTMENT<br><br>8 U.S.C. § 1326<br><br>Alien in the United States After Deportation |

On or about May 24, 2018, JORGE VIRGEN-PONCE, a citizen and national of Mexico, who had theretofore been denied admission, excluded, deported and removed from the United States on or about January 3, 2017, at El Paso, Texas, was found in the United States, in the Eastern District of Washington, and he then did not have the express consent of the Attorney General, or the Attorney General's successor, the Secretary of the Department of Homeland Security (6 U.S.C. §§ 101, 202(3) & (4), 402 and 557), to reapply for

INDICTMENT - 1

1  admission into the United States, all in violation of 8 U.S.C. § 1326.

2  Dated: June 5, 2018.

_____
JOSEPH H. HARRINGTON
United States Attorney


_____
Matthew F. Duggan
Assistant United States Attorney

INDICTMENT - 2